United States District Court<br>
for the<br>
Southern District of Florida

| | |
|---|---|
| Lemuel Nelson, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-62804-Civ-Scola |
| | ) |
| Noak Enterprises LLC, Defendant | ) |

## Order Of Dismissal

The Plaintiff has failed to timely serve the Defendant in this case, and the Court has provided the Plaintiff with notice of this discrepancy. (*See* Order, ECF No. 6.) Since the Plaintiff has failed to show good cause for this failure, Federal Rule of Civil Procedure 4(m) requires this Court to dismiss this case at this time. *See also Lepone-Dempsey v. Carroll Cnty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007) (quoting Fed. R. Civ. P. 4(m)).

The Court **dismisses** this action without prejudice. The Court **directs** the Clerk of the Court to **close** this case.

**Done and Ordered** in chambers, at Miami, Florida, on April 29, 2015.

_____
Robert N. Scola, Jr.
United States District Judge